Commonwealth *v.* Adams, Appellant.

Submitted March 13, 1972. *Blake E. Martin* and *John R. Walker,* for appellant; *Edwin D. Strite, Jr.,* First Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.


Commonwealth *v.* Anthony, Appellant.

Submitted March 20, 1972. *Anthony J. Caiazzo,* for appellant; *Michael R. Stiles* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.